IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKO ARRIVAS-ARCAINA, on behalf of himself and all others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:23-cv-02961-TLN-DB<br><br>**ORDER GRANTING STIPULATION TO STAY ACTION PENDING *TREVINO V. GOLDEN STATE FC, LLC*, LEAD CASE NO. 18-CV-00120-NODJ-BAM (E.D. CAL.)**<br><br>Trial Date: None Set<br>Date Action Filed: November 13, 2023 |

On February 16, 2024, Plaintiff Niko Arrivas-Arcaina ("Plaintiff") and Defendant Amazon.com Services LLC ("Amazon") (collectively, the "Parties") filed a Stipulation to Stay Action Pending *Trevino v. Golden State FC, LLC*, Lead Case No. 18-cv-00120-NODJ-BAM (E.D. Cal.) (the "Stipulation").

The Parties agree that in light of the patent overlap between the claims at issue in the first-filed *Trevino* action and this case, the interests of efficiency and judicial economy would be served by staying this action pending resolution of *Trevino*.

The Court, having considered the Stipulation, and finding good cause, hereby GRANTS the Stipulation and ORDERS as follows:

1. This case shall be stayed pending final resolution of *Trevino*.

2. Amazon will file a status report to notify the Court within twenty (20) days of a final judgment resolving the *Trevino* action in its entirety.

**IT IS SO ORDERED.**

DATED:  February 16, 2024

_____
Troy L. Nunley
United States District Judge